IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE E. HYLTON,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CHAD MCMAHON, and MJL, LLC, doing business as The Good Life Sport Bar & Grill,<br><br>　　　　Defendants. | 8:21CV291<br><br>**ORDER** |

Pursuant to this Court's order, Filing No. 17, plaintiff has not filed an amended complaint with regard to the Equal Pay Act claim. Accordingly, that claim is dismissed.

THEREFORE, IT IS ORDERED THAT:

1. Plaintiff's Equal Pay Act claim is hereby dismissed. All other claims remain pending.

Dated this 22nd day of March 2022.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　s/ Joseph F. Bataillon
　　　　　　　　　　　　　　　　Senior United States District Judge

1