IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE E. HYLTON,<br><br>          Plaintiff,<br><br>vs.<br><br>CHAD MCMAHON, and MJL, LLC, doing business as The Good Life Sport Bar & Grill,<br><br>          Defendants. | **8:21CV291**<br><br>**ORDER** |

This matter is before the Court *sua sponte*. Defendant's motion for summary judgment remains unopposed. Filing No. 38. Plaintiff shall show cause why the case should not be dismissed for lack of prosecution by August 16, 2023.

IT IS SO ORDERED.

Dated this 2nd day of August, 2023.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

1