# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **PAIGE E. HYLTON,** | |
| Plaintiff, | **8:21CV291** |
| vs. | **ORDER** |
| **CHAD MCMAHON, and MJL, LLC,** | |
| Defendants. | |

The parties have settled the claims in this matter following a settlement conference held with the undersigned magistrate judge on December 22, 2023. Accordingly,

**IT IS ORDERED:**

1. On or before **January 24, 2024**, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 22nd day of December, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge