# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PAIGE E. HYLTON, <br><br> Plaintiff, <br><br> vs. <br><br> CHAD MCMAHON, and MJL, LLC, <br><br> Defendants. | **8:21CV291** <br><br> **ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation of Dismissal (Filing No. 54). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

Dated this 21st day of February, 2024.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge